IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Anderson, Dwight V

Printed: 12/02/08

Case Number: 08 B 14669
Judge: Squires, John H

Filed: 6/6/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 15, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,224.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,077.22 |
| Trustee Fee: |  | 146.78 |
| Other Funds: |  | 0.00 |
| Totals: | 2,224.00 | 2,224.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,774.00 | 2,077.22 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Services | Secured | 41,387.94 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 969.24 | 0.00 |
| 5. | RMI/MCSI | Unsecured | 4,123.00 | 0.00 |
| 6. | Bally's | Unsecured |  | No Claim Filed |
| 7. | MRSI | Unsecured |  | No Claim Filed |
| 8. | Harris & Harris | Unsecured |  | No Claim Filed |
|  |  |  | $ 49,254.18 | $ 2,077.22 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 146.78 |
|  | $ 146.78 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

